

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-19-00734-CR

Mark Rudolph **DOMRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7177
Honorable Ray Olivarri, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on  November 20, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the court on this 20th day of November, 2019.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court